# CERTIFICATE OF SERVICE

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

Case #: 1:16-cv-01156

**Marl Volpe**

Plaintiff

vs.

**Golden Ticket Getaways Inc.**

Defendant

The undersigned, being first duly sworn, on oath deposes and says: that s(he) is now and at all the times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of plaintiff corporation, not a party to nor interested in the above entitled action, and its competent to be witness therein.

On **2/18/2016**, at **11:55 AM** at the address of **5106 North Lane, Orlando, FL 32808**, this affiant served the **Summons & Complaint** upon **Golden Ticket Getaways Inc.** by leaving the same with **Ben Allen, Receptionist, a Black Male, approximately 35+ years of age, 5'10", 205 lbs, with Black hair.**

I declare under penalties of perjury that the information contained herein is true and correct.

Executed on the 23rd day of February, 2016.

*[signature]*

Holly Graham, Lic # 0154
Judicial Attorney Services, Inc.
2100 Manchester Rd., Ste 505
Wheaton, IL 60187
(630) 221-9007



CLIENT: **Hyslip & Taylor, LLC, LPA**
FILE #:

Tracking #: 320237