UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Mark Volpe,<br><br>    Plaintiff,<br><br>v.<br><br>Golden Ticket Getaways, Inc.<br><br>    Defendant. | Case No. 1:16-cv-01556 |

NOTICE OF VOLUNTARY DISMISSAL

Plaintiff hereby dismisses this case pursuant to Federal Rule of Civil Procedure 41a(1)A(i).

        RESPECTFULLY SUBMITTED,

        Hyslip & Taylor, LLC LPA


        By:   /s/ Mark T. Lavery
        One of Plaintiff's Attorneys


Mark T. Lavery, Esq.
1100 W. Cermak Rd., Suite B410
Chicago, IL  60608
Phone: 312-380-6110
Fax: 312-361-3509
Email: mark@lifetimedebtsolutions.com